# United States District Court
# Central District of California

| | |
|---|---|
| CARLOS MARQUEZ, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOLL GLOBAL FORWARDING (USA) INC., a New York corporation; TGF MANAGEMENT GROUP HOLDCO, INC., a New Jersey corporation; INSPERITY EXPENSE MANAGEMENT, INC., a Texas corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-03054-ODW (ASx)<br><br>**JUDGMENT** |

Plaintiff Carlos Marquez brought this putative class action against defendants Toll Global Forwarding (USA), Inc. ("Toll"), TGF Management Group Holdco, Inc. ("TGF"), and Insperity Expense Management, Inc. ("Insperity"). Plaintiff filed his complaint on February 13, 2018 in Los Angeles Superior Court. (Compl., ECF No. 1-1.) On April 11, 2018, TGF and Insperity removed the case to federal court. (ECF. No. 1.) On May 18, 2018, Defendants moved to dismiss Plaintiff's case pursuant to Fed. R. Civ. P. 12(b)(6). (ECF No. 16.). On June 28, 2018, the Court granted Defndants' motion in full. (ECF No. 27.)

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff Carlos Marquez shall take nothing by his complaint against Defendants.

2. This action is **DISMISSED WITH PREJUDICE**, in its entirety, as to all Defendants.

The Court **VACATES** all remaining dates and deadlines in this case. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

July 3, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**