Name George B. Singer, Esq., Mahoney Law Group
Address 249 East Ocean Blvd., Suite 814
City, State, Zip Long Beach, CA 90802
Phone 562-590-5550
Fax 562-590-8400
E-Mail kmahoney@mahoney-law.net

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARQUEZ, an individual, and on behalf of all others similarly situated,<br>PLAINTIFF(S), | CASE NUMBER:<br>2:18-cv-03054-ODW (ASx) |
| v.<br>TOLL GLOBAL FORWARDING (USA) INC., a New York corporation, ET AL.<br>DEFENDANT(S). | NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that _____ CARLOS MARQUEZ _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify): Entered in favor of Defendants, dismissing Plaintiff's case with prejudice

☐ Other (specify):

Imposed or Filed on _____ July 3, 2018 _____. Entered on the docket in this action on July 3, 2018 _____.

A copy of said judgment or order is attached hereto.

July 17, 2018
Date

Signature
☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).